UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE ST. JEAN, derivatively on behalf of Nominal Defendant VIRGIN GALACTIC HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD BRANSON, MICHELLE KLEY, CRAIG KREEGER, and CHAMATH PALIHAPITIYA, <br><br> Defendants, <br><br> and <br><br> VIRGIN GALACTIC HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 1:22-cv-07551-EK-MMH |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a)(1), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Virgin Galactic Holdings, Inc. ("Virgin Galactic"), by and through its undersigned counsel, hereby certifies that Virgin Galactic is a publicly traded corporation (NYSE: SPCE), and no publicly held company owns 10% or more of its stock.

Virgin Galactic is a Delaware corporation with its principal place of business in Tustin, California. For diversity of citizenship purposes, Virgin Galactic is a citizen of Delaware and California.

| | |
|---|---|
| Dated: January 20, 2023 | Respectfully Submitted, |

**LATHAM & WATKINS LLP**

<u>/s/ Kevin M. McDonough</u>
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1246
Fax: (212) 751-4864
Email: kevin.mcdonough@lw.com

*Attorney for Defendants*