**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHERINE ST. JEAN, derivatively on behalf of Nominal Defendant VIRGIN GALACTIC HOLDINGS, INC.,<br><br>Plaintiff,<br><br>-vs-<br><br>RICHARD BRANSON, MICHELLE KLEY, CRAIG KREEGER, and CHAMATH PALIHAPITIYA,<br><br>Defendants,<br><br>-and-<br><br>VIRGIN GALACTIC HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 1:22-cv-07551-LDH-SDE |

**STIPULATION AND | ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Court's August 4, 2026 Status Report Order and Rules 23.1 and 41 of the Federal Rules of Civil Procedure, plaintiff Catherine St. Jean ("Plaintiff"), defendants Richard Branson, Michelle Kley, Craig Kreeger, and Chamath Palihapitiya (collectively, the "Individual Defendants"), and nominal defendant Virgin Galactic Holdings, Inc. ("Virgin Galactic" or the "Company" and, together with Individual Defendants, "Defendants")[1] hereby submit this Stipulation and [Proposed] Order requesting voluntary dismissal of the above-captioned action with prejudice.

**WHEREAS**, on April 23, 2026, the Parties to the above-captioned action (the "Action") and the parties to a related consolidated derivative action captioned *In re Virgin Galactic Holdings,*

[1] Together, Plaintiff and Defendants are referred to herein as the "Parties."

*Inc. Derivative Litigation*, Lead Case No. 1:22-cv-00933-OEM-LKE (E.D.N.Y.) (the "Demand Futile Action") executed a global Stipulation and Agreement of Settlement (the "Settlement");

**WHEREAS**, on July 28, 2026, the Settlement was presented for approval before the Honorable Orelia E. Merchant in the Demand Futile Action;

**WHEREAS**, pursuant to paragraph 3 of the Settlement, on May 28, 2026, the Company provided notice of the proposed settlement to Virgin Galactic shareholders in three ways: (i) by posting a copy of the Notice of Settlement and the Stipulation of Settlement and exhibits thereto on the Investor Relations page of the Company's website; (ii) publishing the Summary Notice attached to the Stipulation of Settlement in a press release in *Business Wire*; and (iii) filing with the SEC the Notice of Settlement and the Stipulation of Settlement as exhibits to a Current Report filed on Form 8-K, *see* Demand Futile Action, ECF No. 65, thereby fulfilling the notice requirements to Company stockholders required by Rule 23.1(c) of the Federal Rules of Civil Procedure;

**WHEREAS**, Company stockholders were afforded the opportunity to be heard regarding the Settlement at the July 28, 2026 hearing on final approval of the Settlement before the Honorable Orelia E. Merchant.

**WHEREAS**, on August 14, 2026, following the hearing on final approval of the Settlement the Court issued an Order and Final Judgment (the "Judgment") in the Demand Futile Action, approving the Settlement and dismissing the Demand Futile Action with prejudice (*see* Demand Futile Action, ECF No. 71, attached hereto as Ex. A);

**WHEREAS**, pursuant to paragraph 5.1 of the Settlement, within five business days after the Effective Date,[2] the Parties will file a stipulation of dismissal with prejudice in this Action;

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Settlement.

**NOW, THEREFORE**, the Parties, through their undersigned counsel, hereby request that the Court enter this stipulation as an order, dismissing this case, and all claims and causes of actions asserted by Plaintiff derivatively on behalf of Virgin Galactic, with prejudice, with all parties to bear their own expenses, costs, and fees except as otherwise provided for in the Settlement and the Judgment.

**IT IS SO STIPULATED.**

Dated: August 20, 2026

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Correy A. Suk*
Correy A. Suk
Gregory M. Nespole
Daniel Tepper
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: csuk@zlk.com
gnespole@zlk.com
dtepper@zlk.com

*Attorneys for Plaintiff*

**LATHAM & WATKINS LLP**

*/s/ Corey A. Calabrese*
Corey A. Calabrese
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: corey.calabrese@lw.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: August 25, 2026

s/LDH, USDJ
The Honorable LaShann DeArcy Hall
United States District Judge